in Favor of SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. STRATH-MORE LEASING Co., INC., Appellant.— Motion granted without prejudice to a motion to vacate order if said appeal be not prosecuted promptly.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ABRAHAM SOLOMON and Another, Respondents, v. MAX HIMMELFARB, Appellant.— Motion granted, without prejudice to a motion to vacate order if said appeal be not prosecuted promptly.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CHARLES MILLER, Appellant, v. REBECCA C. MILLER, Respondent.— Motion granted so far as to allow attorneys to file a brief in behalf of Julia M. Ennis Miller upon the argument of said appeal; in other respects motion denied.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. STRATH-MORE LEASING Co., INC., Appellant.— Motion granted, without prejudice to a motion to vacate order if said appeal be not prosecuted promptly.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN, Respondent, v. MAX GREENEBAUM and Others, Appellants. —— Motion granted, on condition as stated in order.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN, Respondent, v. MAX GREENEBAUM and Others, Appellants.— Motion granted, on condition as stated in order.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN, Respondent, v. MAX GREENEBAUM and Others, Appellants. — Motion granted, on condition as stated in order.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN, Respondent, v. MAX GREENEBAUM and Others, Appellants.— Motion granted, on condition as stated in order.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FERGUSON BROTHERS MANUFACTURING COMPANY, Appellant, v. 132 WEST 32ND STREET CORPORATION, Respondent.— Application, denied, with ten dollars costs. Order signed.  Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ISIDORE ESSNER, Respondent, v. MAX BANNER, Appellant, Impleaded, etc.— Application denied.  Order signed.  Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ABRAHAM GLANZER and Another, Appellants, v. THE CUNARD STEAMSHIP COMPANY, LTD., Respondent.— Application granted.  Order signed.  Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

EDITH L. RANSOM, Respondent, v. MURRAY W. GARSSON, INC., Appellant.— Application denied, with ten dollars costs, and stay vacated.  Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE SPOTLESS COMPANY, Appellant, v. COMMERCIAL TRUST COMPANY, Respondent.— Application granted.  Order signed.  Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE STUDEBAKER CORPORATION OF AMERICA, Appellant, v. SAM LEBOWITZ, Respondent.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HOWARD HARRON, Respondent, v. VERA MCCORD, Appellant.— Application